IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCALL, et al., | No. C-05-2278 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| VOLUME SERVICES OF AMERICA, INC., et al., | |
| Defendants / | |

The parties' having filed their respective responses to the Court's order to show cause why the above-titled action should not be remanded for lack of subject matter jurisdiction, and that matter having been taken under submission, the initial case management conference scheduled for September 2, 2005 is hereby CONTINUED to October 14, 2005, at 10:30 a.m. A joint case management statement shall be filed no later than October 7, 2005.

**IT IS SO ORDERED.**

Dated: August 25, 2005

MAXINE M. CHESNEY
United States District Judge